NO. 07-05-0044-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 7, 2005

_____

GARY DALE PARR, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. B15513-0405; HONORABLE ED SELF, JUDGE

_____

Before QUINN and REAVIS, JJ. and BOYD, S.J.[1]

**MEMORANDUM OPINION**

Pending before this Court is appellant Gary Dale Parr's request to withdraw his notice of appeal by which he represents he no longer wishes to pursue this matter. The motion is personally signed by appellant as required by Rule 42.2(a) of the Texas Rules of

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

Appellate Procedure. No decision of this Court having been delivered to date, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.[2]

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice

Do not publish.

---

[2]Appellant asserts he is entitled to more time credit than indicated in the judgment; however, he indicates he will pursue the matter through the administrative process provided by law for such corrections.